GREGORY W. KNOPP (SBN 237615)
MARK R. CURIEL (SBN 222749)
GALIT A. KNOTZ (SBN 252962)
JONATHAN P. SLOWIK (SBN 287635)
gknopp@akingump.com
mcuriel@akingump.com
gknotz@akingump.com
jpslowik@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:   310-229-1000
Facsimile:   310-229-1001

Attorneys for Defendant
Starbucks Corporation

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY WAKELING, individually, and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STARBUCKS CORPORATION; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:12-cv-06541-GAF-PJW<br><br>[Hon. Gary A. Feess]<br><br>**ORDER RE DISMISSAL**<br><br>[Stipulation Re Dismissal filed concurrently] |

1  Having reviewed the Stipulation Re Dismissal pursuant to Federal Rule of Civil
2  Procedure 41 entered by and between plaintiff Emily Wakeling and defendant Starbucks
3  Corporation, and finding good cause therein, the Court hereby orders as follows: (i)
4  plaintiff's individual claims against Starbucks are dismissed with prejudice, (ii) the
5  putative class claims against Starbucks are dismissed without prejudice, and (iii) each
6  side to bear her or its own attorneys' fees and costs to achieve said dismissal.

IT IS SO ORDERED.

Dated: September 20, 2013     By _____
                                  Gary A. Feess
                                  United States District Court Judge

JS-6