GREGORY W. KNOPP (SBN 237615)
MARK R. CURIEL (SBN 222749)
GALIT A. KNOTZ (SBN 252962)
JONATHAN P. SLOWIK (SBN 287635)
gknopp@akingump.com
mcuriel@akingump.com
gknotz@akingump.com
jpslowik@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:    310-229-1000
Facsimile:    310-229-1001

JS-6

Attorneys for Defendant
Starbucks Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY WAKELING, individually, and on behalf of other persons similarly situated,<br><br>                Plaintiffs,<br><br>    vs.<br><br>STARBUCKS CORPORATION; and DOES 1 through 10 inclusive,<br><br>                Defendants. | Case No. 2:12-cv-06541-GAF-PJW<br><br>[Hon. Gary A. Feess]<br><br>**ORDER RE DISMISSAL**<br><br>[Stipulation Re Dismissal filed concurrently] |

Having reviewed the Stipulation Re Dismissal pursuant to Federal Rule of Civil Procedure 41 entered by and between plaintiff Emily Wakeling and defendant Starbucks Corporation, and finding good cause therein, the Court hereby orders as follows: (i) plaintiff's individual claims against Starbucks are dismissed with prejudice, (ii) the putative class claims against Starbucks are dismissed without prejudice, and (iii) each side to bear her or its own attorneys' fees and costs to achieve said dismissal.

IT IS SO ORDERED.

Dated:  September 20, 2013         By _____
                                       Gary A. Feess
                                       United States District Court Judge

JS-6

1
ORDER RE DISMISSAL
Case No. 2:12-cv-06541-GAF-PJW

105074698